IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MARIO ALEXANDER BONILLA CANALES**<br><br>Defendant. | Case No. 1:25-MJ-691 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, **Christine L. Bingham**, being duly sworn, depose and state:

1.      I am a Special Agent with Homeland Security Investigations ("HSI") and have been since December 2020. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 8, 18, 19 and 21 of the United States Code. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2.      I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the HSI Special Agent Training Program. I am currently assigned to the HSI Washington, D.C./Northern Virginia Field Office. I am currently assigned to the Violent Crime and Public Safety Group. This group aims to combat the proliferation of transnational, organized crime through the disruption and dismantlement of gang operations; to trace and seize cash and other assets derived from criminal enterprises; and to criminally prosecute or administratively remove

1

violent gang members and their associates who pose a threat to public safety. I completed Street Gang Investigations School in 2025, through the Fairfax County Police Department.  My duties also include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code, and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant for **Mario Alexander BONILLA CANALES** (hereafter referred to as **BONILLA CANALES**), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, subsequent to a felony conviction, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

4.      The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

<u>**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**</u>

5.      On Friday, June 20, 2025, Fairfax County Police Department (FCPD) arrested Mario Alexander BONILLA CANALES for nine charges related to the sexual exploitation of children and resisting arrest.  On or about Saturday, June 21, 2025, HSI DC's Violent Crime and Public

2

Safety Group learned that **BONILLA CANALES** had been detained at the Fairfax County Adult Detention Center in Fairfax, Virginia, within the Eastern District of Virginia.

6.     HSI DC's Violent Crime and Public Safety Group performed records checks which confirmed that **BONILLA CANALES** is a native and citizen of El Salvador who was removed from the United States on or about May 7, 1999, from Washington, D.C.; and on or about September 27, 2016, from Laredo, Texas. **BONILLA CANALES** did not have legal authorization to reenter or remain in the United States.

7.     I reviewed **BONILLA CANALES's** immigration file maintained by U.S. Citizenship and Immigration Services.  Fingerprints located in the file came back to the same unique FBI number associated with the June 20, 2025 Fairfax County arrest fingerprints.  The file, also known as an alien file, revealed that **BONILLA CANALES** is a citizen and national of El Salvador. The file contained two previously executed Immigration Service Form I-205s "Warrant of Removal/Deportation," bearing **BONILLA CANALES**'s photograph, fingerprint, and signature. These forms showed that **BONILLA CANALES** was removed from the United States on the following dates and places of removal:

    a)     May 7, 1999, from Washington, D.C.

    b)     September 27, 2016, from Laredo, Texas

8.     **BONILLA CANALES** has prior criminal convictions, including a prior felony conviction on May 9, 1996 for Possession of Burglarious Tools, prior to his two removals.  **BONILLA CANALES** was sentenced to three years of imprisonment

9.     **BONILLA CANALES**'s alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United

3

States. Further, **BONILLA CANALES** has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

10.    Based on the foregoing, I submit that there is probable cause to believe that on or about June 21, 2025, Fairfax County, Virginia, within the Eastern District of Virginia, **BONILLA CANALES**, who was previously removed and deported from the United States on or about September 27, 2016 at Laredo, Texas, said removal being subsequent to a felony conviction in 1996, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

Christine L. Bingham
Special Agent
Homeland Security Investigations

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 16, 2025.

Digitally signed by Ivan Davis
Date: 2025.12.16 14:43:16 -05'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia

4